**Dismiss and Opinion Filed April 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00059-CV

### DONAL R. SCHMIDT, JR. AND THIMOTHY S. WAFFORD, Appellants
### V.
### P.I. HOLDINGS I, INC., AND COMPASS BANK, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02486**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By letter dated February 5, 2014, we informed appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation that they had been found entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. To date, the clerk's record has not been filed, and appellants have not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Carolyn Wright/

140059F.P05            CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DONAL R. SCHMIDT, JR. AND
THIMOTHY S. WAFFORD, Appellants

No. 05-14-00059-CV      V.

P.I. HOLDINGS I, INC., AND COMPASS
BANK, Appellees

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-02486.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

      In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
      It is **ORDERED** that appellees P.I. HOLDINGS I, INC., AND COMPASS BANK
recover their costs of this appeal from appellants DONAL R. SCHMIDT, JR. AND THIMOTHY
S. WAFFORD.


Judgment entered April 15, 2014



/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE